FILED
CLERK, U.S. DISTRICT COURT

6/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>OMAR PULIDO-BASTIDA,<br> aka "Omar Pulido,"<br><br>   Defendant. | CR 2:25-CR-00525-MEMF<br><br>I N D I C T M E N T<br><br>[8 U.S.C. § 1326(a), (b)(2):<br>Illegal Alien Found in the United<br>States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. § 1326(a), (b)(2)]

On or about May 6, 2021, defendant OMAR PULIDO-BASTIDA, also known as "Omar Pulido," an alien, who had been officially deported and removed from the United States on or about December 6, 2017, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

1        Defendant's previously alleged deportation and removal from the

2   United States occurred subsequent to defendant's conviction for an

3   aggravated felony, namely, Second-Degree Robbery, in violation of

4   California Penal Code Section 211, on or about September 16, 2014, in

5   the Superior Court of the State of California, County of Los Angeles,

6   Case Number TA129621, for which defendant was sentenced to a five-

7   year term of imprisonment.

8

9                                          A TRUE BILL

10

11                                         /S/
                                           Foreperson

12

13   BILAL A. ESSAYLI
     United States Attorney

14
     CHRISTINA T. SHAY
15   Assistant United States Attorney
     Chief, Criminal Division

16

17   *Frances D. Lewis* [signature]

18   FRANCES S. LEWIS
     Assistant United States Attorney
19   Chief, General Crimes Section

20   SHAWN T. ANDREWS
     Assistant United States Attorney
21   Deputy Chief, General Crimes
     Section

22
     HAOXIAOHAN CAI
23   Assistant United States Attorney
     Major Frauds Section

24

25

26

27

28

                                    2